# United States Court of Appeals
## For the First Circuit

No. 07-2277

UNITED STATES OF AMERICA,

Appellee,

v.

RAFAEL A. GONZÁLEZ-VÉLEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2009, is amended as follows:

On the coversheet, replace "November ##, 2009" with "November 25, 2009"